Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC )
 )
            Plaintiff,         vs. )  Case No.: 5:10-CV-00640-WDK-FMO
 )
WILLIAM ALLEN CRAIG,  et al, )
 )              RENEWAL OF JUDGMENT
 )                  BY CLERK
            Defendant, )
 )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc., and against Defendant, William Allen Craig, individually and d/b/a Gators Sports Bar and Grill a/k/a Characters Sports Bar & Grill; Craig Sports, LLC an unknown business entity d/b/a Gators Sports Bar and Grill a/k/a Characters Spots Bar & Grill, entered on March 9, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 6,800.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | **6,800.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | **6,800.00** |
| f. | Interest after judgment(.26%) | $ | 175.73 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **6,975.73** |

Dated: February 17, 2021          CLERK, by  *Sharon Hall Brown*
                                                       Deputy

                                         Kiry A. Gray,
                                         Clerk of U.S. District Court


Renewal of Judgment